12539

HAWLEY v. JENNINGS

(145 S. E., 697)

*Mr. James S. Verner,* for appellant,

*Messrs. McDonald & McDonald,* for respondent,

December 5, 1928.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

For the reason assigned by his Honor, Judge Townsend, it is the judgment of this Court that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE, STABLER and CARTER concur.